UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

DONTE JORDON,

              Plaintiff,

   - against -

CITY OF NEW YORK, et al.,

              Defendants.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 21 2006 ★
BROOKLYN OFFICE

ORDER OF
DISMISSAL

CV 2005-1249 (JG)(MDG)

    The parties having entered into a settlement on the record before this Court and authorized discontinuance of this action, it is hereby

    ORDERED, that this action is dismissed with prejudice and without costs to any party, but if the settlement agreement is not consummated, leave to re-open will be granted if application for reinstatement is made within one hundred twenty days.

Dated:   Brooklyn, New York
         February 14, 2006

                                         s/John Gleeson
                                         JOHN GLEESON
                                         UNITED STATES DISTRICT JUDGE